UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LARRY PALMER, **Plaintiff,**

v.  Civil Action No. 3:17-cv-166-DJH

METABANK and EXPERIAN
INFORMATION SOLUTIONS, INC., **Defendants.**

\* \* \* \* \*

### ORDER

Plaintiff Larry Palmer having filed a notice of voluntary dismissal with prejudice (Docket No. 17), no answers or motions for summary judgment having been filed by Defendants Metabank and Experian Information Solutions, Inc. and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **STRICKEN** from the Court's active docket.

May 18, 2017

**David J. Hale, Judge
United States District Court**